1  BENESCH, FRIEDLANDER,
   COPLAN & ARONOFF LLP
2  MARK S. EISEN (SBN 289009)
3  meisen@beneschlaw.com
   71 South Wacker Drive, Suite 1600
4  Chicago, IL 60606
   Telephone: 312.212.4949
5  Facsimile:  312.767.9192
6
   Attorneys for Defendant FASHION NOVA, LLC
7
                    UNITED STATES DISTRICT COURT
8
                    CENTRAL DISTRICT OF CALIFORNIA
9

| LAKIA ARNOLD, individually and on behalf of all those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FASHION NOVA, LLC,<br><br>Defendant. | Case No. 2:25-cv-09849-WLH-E<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Complaint Filed: October 14, 2025<br>Complaint Served: October 15, 2025<br>Current Response Date: Dec. 15, 2025<br>New Response Date: January 12, 2026 |
|---|---|

Pursuant to C.D. Cal. Local Rule 8-3, which allows for the parties to file a stipulation to extend time to respond to an initial complaint by not more than 30 days, Plaintiff LaKia Arnold ("Plaintiff") and Defendant Fashion Nova, LLC ("Fashion Nova") hereby stipulate to an extension of the time to respond to the initial Complaint as follows. Plaintiff filed the Complaint on October 14, 2025 and Fashion Nova waived service. Fashion Nova's response is presently due December 15, 2025.

The Parties stipulate that this deadline shall be extended by 28 days to January 12, 2026.

| | | |
|---|---|---|
| 1 | Dated:  November 26, 2025 | FASHION NOVA, LLC |
| 2 | | |
| 3 | | By:   s/ Mark S. Eisen |
| 4 | | BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP |
| 5 | | Mark S. Eisen (SBN289009) |
| 6 | | meisen@beneschlaw.com |
| 7 | | 71 South Wacker Drive, Suite 1600 Chicago, IL 60606 |
| 8 | | Telephone:  312.212.4949 Facsimile:   312.767.9192 |
| 9 | | |
| 10 | | Attorney for Defendant Fashion Nova, LLC |
| 11 | Dated:  November 26, 2025 | LAKIA ARNOLD |
| 12 | | |
| 13 | | By:   s/ Andrew R. Perrong |
| 14 | | Oliver Law Center, Inc. |
| 15 | | 8780 19th Street, No. 559 |
| 16 | | Rancho Cucamonga, CA 91701 |
| 17 | | 855-384-3262 Fax: 888-570-2021 |
| 18 | | Email: dana@danaoliverlaw.com |
| 19 | | Andrew R Perrong |
| 20 | | Perrong Law LLC 2657 Mount Carmel Avenue |
| 21 | | Glenside, PA 19038 |
| 22 | | 215-225-5529 Fax: 888-329-0305 |
| 23 | | Email: a@perronglaw.com |
| 24 | | Attorney for Plaintiff LaKia Arnold |

2
JOINT STIPULATION TO EXTEND TIME

**Attestation Pursuant to Local Rule 5-4.3.4**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), the undersigned filer hereby attests that all of the other signatories listed, and on whose behalf the filing is submitted, concur in this filing's content and have authorized this filing.

By  /s/Mark S. Eisen