1  Dana J. Oliver, Esq. (SBN: 291082)
   dana@danaoliverlaw.com
2  OLIVER LAW CENTER, INC.
3  8780 19th Street #559
   Rancho Cucamonga, CA 91701
4  Telephone:  (855)384-3262
5  Facsimile:  (888)570-2021

6  *Local Counsel for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LAKIA ARNOLD,** individually and on behalf of all others similarly situated, | Case No. 2:25-cv-09849 |
| *Plaintiff,* | **CLASS ACTION** |
| v. | **JURY TRIAL DEMANDED** |
| **FASHION NOVA, LLC** | |
| *Defendant.* | |

### NOTICE OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff LaKia Arnold ("Plaintiff") respectfully notifies that the above-captioned matter is voluntarily dismissed without prejudice.

Dated: December 15, 2025

          s/Andrew Roman Perrong
          Andrew Roman Perrong, PA Bar 333687
          *(Pro Hac Vice)*
          a@perronglaw.com
          Perrong Law LLC
          2657 Mount Carmel Avenue
          Glenside, PA 19038
          215-225-5529
          Lead Attorney for Plaintiff
          and the Proposed Class

          s/ Dana J. Oliver
          Dana J. Oliver, Esq. (SBN: 291082)
          dana@danaoliverlaw.com
          OLIVER LAW CENTER, INC.
          8780 19th Street #559
          Rancho Cucamonga, CA 91701
          Telephone: (855)384-3262
          Facsimile: (888)570-2021

          Local Counsel for Plaintiff

# PROOF OF SERVICE

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Montgomery, Commonwealth of Pennsylvania. My business address is 2657 Mount Carmel Avenue, Glenside, PA 19038.

On December 15, 2025, I served true copies of the following document(s) described as

**Notice of Dismissal**

on the interested parties in this action as follows:

☒ **BY ECF:** I caused a copy of the document(s) to be filed using ECF, which will send a Notice of Electronic Filing to all attorneys who have appeared in the case in this Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on December 15, 2025.

                                              /s/ Andrew Roman Perrong
                                              Andrew Roman Perrong